AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZACCHEUS K. JACKSON,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-8

SGT. MAJETTE; and SGT. WOOD,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 24, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing the above-captioned case for failure to state a claim upon which relief may be granted and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _[signature]_

April 29, 2020     John E. Triplett, Acting Clerk
Date     Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03